IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                           )
                                                 )
    Julie Brigman                        )
                                                 )    Case No.: 3:13-bk-5079-JAF
    Debtor                                  )
                                                 )    Chapter 13
                                                 )
_____)

## MOTION TO APPROVE COMPROMISE OF DEBTOR'S CLAIM AGAINST DYNAMIC RECOVERY SOLUTIONS, LLC

Debtor, Julie Brigman, by counsel, moves for court approval of settlement of her prepetition state court suit against Dynamic Recovery Solutions, LLC, and payment of attorneys fees from the proceeds of settlement, and states:

1. Notice of Intent to Compromise Claims (Doc. 15) was served on all parties in interest pursuant to Fed. R. of Bankr. P. 9019 and 2002, and M.D. Fla. L.B.R. 2002-4.

2. More than twenty-one days have passed and no objections have been filed.

/s/ Wendell Finner
**Wendell Finner** – Florida Bar No. 93882
wendell@beacheslaw.com
340 Third Avenue South, Suite A
Jacksonville, FL 32250-6767
  Tel.: 904-242-7070; Fax 904-242-7054
*Attorneys for Debtor*

### CERTIFICATE OF SERVICE

I hereby certify that on this   22nd day of October, 2013, a copy of the foregoing motion was sent through the CM/ECF System to Douglas W. Neway, Trustee, court@ch13jaxfl.com, and United States Trustee, USTP.Region21.OR.ECF@usdoj.gov,

/s/ Wendell Finner